**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-2113**

———————————

JOYCE S. KIMBLE,

Plaintiff - Appellant,

versus

MONTGOMERY COUNTY BOARD OF EDUCATION,

Defendant - Appellee,

and

MONTGOMERY COUNTY PUBLIC SCHOOLS; MONTGOMERY
COUNTY GOVERNMENT,

Defendants.

———————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CA-
00-234-PJM)

———————————

Submitted: November 9, 2000          Decided: November 15, 2000

———————————

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Joyce S. Kimble, Appellant Pro Se. Patricia Prestigiacomo Via,
Assistant County Attorney, Rockville, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joyce S. Kimble appeals the order of the district court granting motions to dismiss her complaint as to Defendants Montgomery County Public Schools and the Montgomery County Government, and deferring action on a motion to dismiss the Montgomery County Board of Education to allow Kimble to amend her complaint. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2